IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF NORTH CAROLINA

No. 1:1:25-CV-440

| | | |
|---|---|---|
| CAPE FEAR RIVER WATCH and HAW RIVER ASSEMBLY,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF ASHEBORO; INDORAMA VENTURES USA, LLC; and STARPET INC.,<br><br>Defendants. | ) | **THE CITY OF ASHEBORO'S MOTION TO DISMISS, OR, IN THE ALTERNATIVE, FOR A STAY OF PROCEEDINGS** |

NOW COMES Defendant The City of Asheboro, by and through counsel, and respectfully moves this Court for an Order dismissing Plaintiffs' claims with prejudice pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6). In support of this motion, Asheboro relies upon the pleadings of record and the Memorandum of Law submitted herewith. In the alternative, Asheboro seeks a stay of this proceeding as set forth in the accompanying Memorandum of Law.

In compliance with ECF No. 16, Asheboro conferred with Plaintiffs about the basis of this Motion to determine whether

disputed issues could be resolved or narrowed by an amended complaint.

WHEREFORE, Asheboro hereby respectfully requests that the Court issue an Order dismissing Plaintiffs' Complaint in its entirety and with prejudice.

This the 28th day of July, 2025.

**CRANFILL SUMNER LLP**


/s/ Stephen J. Bell
STEPHEN J. BELL
N.C. State Bar No. 44211
CHAD E. RHOADES
N.C. State Bar No. 48041
R. ROBERT EL-JAOUHARI
N.C. State Bar No. 49184
5440 Wade Park Boulevard, #300
Raleigh, NC 27607
Telephone: (919) 828-5100
Facsimile: (919) 828-2277
E-mail: sbell@cshlaw.com
crhoades@cshlaw.com
rjaouhari@cshlaw.com
*Attorneys for Defendant, The City of Asheboro*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 28, 2025 the foregoing The City of Asheboro's Motion To Dismiss, Or, In The Alternative, For A Stay Of Proceedings was filed electronically with the Clerk of the United States District Court for the Middle District of North Carolina using the CM/ECF system which will send notification of this filing and an electronic copy of the same to all counsel of record registered with the CM/ECF system.

This the 28th day of July, 2025.

**CRANFILL SUMNER LLP**

/s/ Stephen J. Bell
STEPHEN J. BELL
N.C. State Bar No. 44211
CHAD E. RHOADES
N.C. State Bar No. 48041
R. ROBERT EL-JAOUHARI
N.C. State Bar No. 49184
5440 Wade Park Boulevard, #300
Raleigh, NC 27607
Telephone: (919) 828-5100
Facsimile: (919) 828-2277
E-mail: sbell@cshlaw.com
crhoades@cshlaw.com
rjaouhari@cshlaw.com
*Attorneys for Defendant, The City of Asheboro*